

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00834-CV

**IN RE** Stephen Patrick **BLACK**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:       Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On December 12, 2022, relator filed a petition for writ of mandamus. After considering the petition, real party in interest's response, and the record, this court concluded relator did not show he was entitled to the relief sought and denied relator's petition for writ of mandamus on January 4, 2023.

On January 17, 2023, relator filed a motion for rehearing requesting this court reconsider its January 4, 2023 order. After consideration, relator's motion for rehearing is **DENIED**.

It is so **ORDERED** on January 26, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In re: the Commitment of Stephen Patrick Black*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.